CLERKS OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED
August 09, 2024
LAURA A. AUSTIN, CLERK
BY: s/ FELICIA CLARK
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| **KEITH E. CRABTREE,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:23CV00023 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **MARTIN J. O'MALLEY,** | ) | JUDGE JAMES P. JONES |
| **COMMISSIONER OF** | ) | |
| **SOCIAL SECURITY,** | ) | |
| | ) | |
| Defendant. | ) | |

It appearing that no objections have been timely filed to the Report filed July 18, 2024, setting forth the findings and recommendations of the magistrate judge, it is **ORDERED** as follows:

1. The Report and its findings and recommendations are wholly ACCEPTED and APPROVED;

2. The Plaintiff's Motion for Summary Judgment is DENIED; and

3. The Commissioner's decision denying benefits is affirmed.

A final judgment will be entered herewith.

ENTER: August 9, 2024

/s/ JAMES P. JONES
Senior United States District Judge